

NORTHERN DISTRICT OF TEXAS

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 9, 2009**                              **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Kelly James Johnson | § | |
| and | § | CASE NO. 08-70373-hdh-13 |
| Shannen Sue Johnson | § | |
| | § | |
| DEBTORS | § | |

<u>ORDER APPROVING AGREEMENT TO MODIFY STAY FOR DIVORCE</u>

The Court, having considered the Motion for Approval of Agreement to Modify Stay for Divorce, filed by Debtors,  Kelly James Johnson and Shannen Sue Johnson has determined to grant the following relief.

IT IS ORDERED that the stay provided by 11 U.S.C. § 362 be relaxed and vacated as to Movants so as to allow Movants to file a petition for divorce in the Court of proper jurisdiction in  Wichita County, Texas.

IT IS FURTHER ORDERED that Movants may obtain service of process regarding said divorce, and all other process necessary in connection therewith; and, further, Movants may  seek and obtain the following forms of relief: injunctions, discovery orders, temporary orders regarding support, alimony, and use of exempt property; enforcement orders, including contempt, judgment, and wage withholding; clarification orders; final orders on divorce, characterizations; and final orders on support.

**AGREED TO AND ENTRY REQUESTED:**

/s/Marc McBeath w/ permission by Monte J. White        /s/Monte J. White, Attorney for Debtor(s)

# # # END OF ORDER # # #

PREPARED BY:
Monte J. White, Counsel for Debtor(s)
SBN 00785232
Monte J. White & Associates
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096
legal@montejwhite.com